OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**6/3/2015**

**Godinez, Marco Antonio**          Tr. Ct. No.                    **WR-83,149-01**

On this day the Application for writ of habeas corpus has been dismissed without written order; (Ex Parte Ybarra, 149 S.W. 3D 147 (Tex. Crim. App. 2004)); Ex Parte Florence, 319 S.W. 3d 695 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

4TF
Discharged

MARCO ANTONIO GODINEZ
GOREE UNIT - TDC # 1898548
7405 HWY 75 SOUTH               U T F
HUNTSVILLE, TX 77344